**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN M. BLEDSOE**
**ADC #149834** **PLAINTIFF**

**v.** **Case No. 4:25-cv-00070-KGB**

**BLAND, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court are Proposed Findings and Recommendation submitted by United States Magistrate Judge Jerome T. Kearney on May 11, 2026 ("Recommendation") (Dkt. No. 57), defendant Dr. Silakhone Douangkesone's motion for summary judgment (Dkt. No. 39), plaintiff Justin M. Bledsoe's objections (Dkt. No. 60), and Bledsoe's motion requesting status update (Dkt. No. 62). After a *de novo* review of the record, including the Recommendation and Bledsoe's objections, the Court adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 57). The Court writes separately to address Bledsoe's objections and motion requesting status update (Dkt. Nos. 60; 62).

First, Bledsoe objects that the Recommendation erred in asserting that Bledsoe did not meet "proof with proof" because Bledsoe "provided the Court with [Bledsoe's] sworn statement and [Bledsoe] cited a few medical records" (Dkt. No. 60, ¶ 1). Judge Kearney reviewed the medical records cited by Bledsoe and used the contents of those records in the Recommendation's analysis (Dkt. No. 57, at 5–9). Therefore, Bledsoe's first objection fails to rebut the Recommendation.

Second, Bledsoe objects that the "issue is not about the lack of treatment. It is about the type of treatment and whether it was effective or not." (Dkt. No. 60, ¶ 2). Bledsoe's claim in this case is that Dr. Douangkesone was deliberately indifferent to Bledsoe's needs in considering the treatment provided (Dkt. No. 57, at 9). As discussed in the Recommendation, prison doctors may

exercise their independent medical judgment, *Dulany v. Carnahan*, 132 F.3d 1234, 1239–40 (8th Cir. 1997), and "mere disagreement with treatment decisions . . . does not rise to the level of a constitutional violation." *Cejvanovic v. Ludwick*, 923 F.3d 503, 507 (8th Cir. 2019) (quoting *Jolly v. Knudsen*, 205 F.3d 1094, 1096 (8th Cir. 2000). Bledsoe has no constitutional right to his preferred course of treatment. *See Barr v. Pearson*, 909 F.3d 919, 921 (8th Cir. 2018). Further, for the reasons articulated in the Recommendation, no reasonable jury could find that Dr. Douangkesone acted with deliberate indifference. Therefore, Bledsoe's second objection fails to rebut the Recommendation.

Third, Bledsoe objects to the Recommendation's assertion that Bledsoe "did not adequately complain about leg pain and that wrist pain was [his] more frequent complaint," and Bledsoe objects that the Recommendation's assertion that the MRI was "medically needed" is not mentioned in the medical records (Dkt. No. 60, ¶ 3). The Court finds the Recommendation's analysis of Bledsoe's complaints about leg pain and wrist pain, as well as Dr. Douangkesone's consideration of an MRI, clear and supported by the medical record before the Court. Therefore, Bledsoe's third objection fails to rebut the Recommendation.

Finally, Bledsoe objects that he has "shown enough material issues to survive summary judgment" (*Id.*, ¶ 4). For the reasons articulated in the Recommendation, the Court disagrees. Therefore, Bledsoe's fourth objection fails to rebut the Recommendation.

For the foregoing reasons, the Court adopts the Recommendation in its entirety. The Court grants Dr. Douangkesone's motion for summary judgment (Dkt. No. 39). Bledsoe's claims against Dr. Douangkesone are dismissed with prejudice.

As to Bledsoe's motion requesting status update, Bledsoe requests clarification on whether the Court's June 15, 2026, Order dismissed all of Bledsoe's claims or dismissed Bledsoe's claims

other than those asserted against Dr. Douangkesone (Dkt. No. 62). For good cause shown, the Court grants Bledsoe's motion requesting status update (*Id.*). The Court's June 15, 2026, Order dismissed without prejudice Bledsoe's claims against defendants Bland, WellPath, LLC, and Evans (Dkt. No. 61). The Court now, in this Order, dismisses with prejudice Bledsoe's claims against Dr. Douangkesone.

Based on the foregoing, the Court:

(1) adopts the Recommendation in its entirety (Dkt. No. 57);

(2) grants Dr. Douangkesone's motion for summary judgment (Dkt. No. 39); and

(3) grants Bledsoe's motion requesting status update (Dkt. No. 62).

It is so ordered this 14th day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge